UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joshua W. Sprague

    v.                                    Case No. 24-cv-274-SE-AJ

NH Department of Corrections,
Commissioner, et al

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 28, 2025. For the reasons explained therein, Sprague's motion for preliminary injunction (Doc. No. 2) is denied without prejudice to his ability to refile a similar motion in the future if circumstances warrant. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

                                                    /s/ Samantha D. Elliott
                                                    Samantha D. Elliott
                                                    United States District Judge

Date: September 29, 2025

cc:   Joshua W. Sprague, pro se